**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): ____________________ Chapter 15

☐ Check if this is an amended filing

# Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding

12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

**1. Debtor's name**

Fleming Intermediate Holdings LLC (In Official Liquidation)

**2. Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __

☑ Other 5231. Describe identifier Cayman registration number.

**For individual debtors:**

☐ Social Security number: xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____

☐ Other ____________. Describe identifier ____________.

**3. Name of foreign representative(s)**

Charles Thresh and Eleanor Fisher

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**

In the matter of Fleming Intermediate Holdings LLC (In Official Liquidation), Cause No. FSD 347 of 2025 (MRHCJ), in the Grand Court of the Cayman Islands, Financial Services Division

**5. Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

______________________________

______________________________

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

Debtor Fleming Intermediate Holdings LLC (In C
Name

Case number *(if known)* ____________________

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Cayman Islands

**Debtor's registered office:**

Teneo (Cayman) Limited, at Ground Floor Harbour Place, 103 South Church Street
Number Street

P.O. Box 10245
P.O. Box

George Town, Grand Cayman KY1-1003
City State/Province/Region ZIP/Postal Code

Cayman Islands
Country

**Individual debtor's habitual residence:**

Number Street

P.O. Box

City State/Province/Region ZIP/Postal Code

Country

**Address of foreign representative(s):**

Teneo (Cayman) Limited, at Ground Floor Harbour Place, 103 South Church Street
Number Street

P.O. Box 10245
P.O. Box

George Town, Grand Cayman KY1-1003
City State/Province/Region ZIP/Postal Code

Cayman Islands
Country

**10. Debtor's website** (URL)

https://flemingih.com/

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☐ Other. Specify: ____________________

☐ Individual

Debtor Fleming Intermediate Holdings LLC (In C
Name
Case number (*if known*)

**12. Why is venue proper in *this district*?**

*Check one:*

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

______________________________.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

______________________________.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ [signature] Charles Thresh
Signature of foreign representative Printed name

Executed on 09/14/2026
MM / DD / YYYY

✘ ______________________ ______________________
Signature of foreign representative Printed name

Executed on ______________
MM / DD / YYYY

**14. Signature of attorney**

✘ */s/ Madlyn Gleich Primoff* Date 09/14/2026
Signature of Attorney for foreign representative MM / DD / YYYY

Madlyn Gleich Primoff
Printed name
Freshfields US LLP
Firm name
3 World Trade Center, 175 Greenwich St, 51st Floor
Number Street
New York NY 10007
City State ZIP Code

(212) 277-4000 madlyn.primoff@freshfields.com
Contact phone Email address

2173870 NY
Bar number State