# Exhibit 1 to Form 401

## Response to Question 8 – Others Entitled to Notice

**(i) Persons or bodies authorized to administer the debtor's foreign proceeding**

| **Name** | **Address** |
| --- | --- |
| Eleanor Fisher | Teneo (Cayman) Limited<br>Ground Floor, Harbour Place<br>103 South Church Street<br>P.O. Box 10245, George Town<br>Grand Cayman KY1-1003<br>Cayman Islands<br><br>Eleanor.Fisher@teneo.com |
| Charles Thresh | Teneo (Bermuda) Limited<br>19 Par-la-Ville Road<br>Third Floor<br>Hamilton, HM 11<br>Bermuda<br><br>Charles.Thresh@teneo.com |

**(ii) Parties to litigation pending in the United States in which the debtor is a party**

*James River Group Holdings, Ltd. v. Fleming Intermediate Holdings LLC*, Docket No. 651281/2024 (N.Y. Sup. Ct. Mar. 11, 2024)

| **Party** | **Name** | **Address** |
| --- | --- | --- |
| Plaintiff | James River Group Holdings, Ltd. | 1414 Raleigh Road<br>Suite 405<br>Chapel Hill, NC 27517 |
| Counsel to Plaintiff | Debevoise & Plimpton LLP<br>Attn: Susan R. Gittes | 66 Hudson Boulevard<br>New York, NY 10001<br>(212) 909-6000<br><br>srgittes@debevoise.com |

*Fleming Intermediate Holdings LLC v. James River Group Holdings, Ltd. et al*, Docket No. 24-cv-05335 (S.D.N.Y. Jul. 15, 2024)

| **Party** | **Name** | **Address** |
| --- | --- | --- |
| Defendant | James River Group Holdings, Ltd. | 1414 Raleigh Road<br>Suite 405<br>Chapel Hill, NC 27517 |
| Defendant | Frank D'Orazio | 1414 Raleigh Road<br>Suite 405<br>Chapel Hill, NC 27517 |

| | | |
|---|---|---|
| Defendant | Sarah Doran | 1414 Raleigh Road<br>Suite 405<br>Chapel Hill, NC 27517 |
| Counsel to Defendants | Quinn Emanuel Urquhart & Sullivan LLP<br>Attn: Michael B. Carlinsky, Renita Sharma and Todd Beattie | 295 5th Avenue<br>New York, NY 10016<br>(212) 849-7000<br><br>michaelcarlinsky@quinnemanuel.com<br>renitasharma@quinnemanuel.com<br>toddbeattie@quinnemanuel.com |

**(iii) All entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code**

| **Name** | **Address** |
|---|---|
| N/A | |